IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LEE HOLDEN PARKER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   CIVIL NO. 05-143-WDS |
| | ) |
| **JOHN EVANS,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

      This action is before the Court to rule on Plaintiff's motion to alter or amend judgment, filed pursuant to Rule 59(e) of the Federal Rules of Civil Procedure (Doc. 21). Such a motion may only be granted if movant shows there was mistake of law or fact or presents newly discovered evidence that could not have been discovered previously. *Matter of Prince*, 85 F.3d 314 (7th Cir. 1996), *reh'g and suggestion for reh'g en banc denied, cert. denied* 117 S.Ct. 608; *Deutsch v. Burlington Northern R. Co.*, 983 F.2d 741 (7th Cir. 1993).

      In this motion, Plaintiff challenges this Court's recent order (Doc. 19), which denied his first motion for reconsideration (Doc. 18). Upon review of the record, the Court remains persuaded that the order in question was correct. Therefore, the instant motion is **DENIED**.

      **IT IS SO ORDERED.**

      DATED: September 29, 2006.

                                                       **s/ WILLIAM D. STIEHL**
                                                              **DISTRICT JUDGE**