# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LEE HOLDEN PARKER, #A-50207**, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL NO. 05-143-WDS** |
| vs. ) | |
| ) | **APPEAL NO. 06-3770** |
| **JOHN EVANS,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

Before the Court is Plaintiff's motion for reconsideration (Doc. 41). In this motion, he challenges the Court's order assessing the appellate fee (*see* Doc. 39). The basis for this motion is Plaintiff's reliance on Rule 24 of the Federal Rules of Appellate Procedure. As he correctly points out, that rule states that "[a] party who was permitted to proceed in forma pauperis in the district-court action . . . . may proceed on appeal in forma pauperis without further authorization...." FED.R.APP.P. 24(a)(3). What Plaintiff overlooks, however, is the final portion of that subsection: "unless a statute provides otherwise." FED.R.APP.P. 24(a)(3)(B). In Plaintiff's case, there is such a statute, 28 U.S.C. § 1915(b)(1), which states: "if a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee." Therefore, Plaintiff's reliance on Rule 24 is misplaced, and the instant motion is **DENIED**.

IT IS SO ORDERED.

DATED: January 10, 2007

s/ WILLIAM D. STIEHL
DISTRICT JUDGE