IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **LEE HOLDEN PARKER**, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. **05-143-WDS** |
| | ) | |
| **JOHN EVANS, and** | ) | |
| **RONALD WILLIAMS** | ) | |
| Respondent. | ) | |

### ORDER

**PROUD, Magistrate Judge:**

Before the court is Plaintiff's Reply to Defendants' Answer to Amended Complaint [and] Motion for Default.  **(Doc. 42)**.

Plaintiff lists numerous points on which he feels that defendants' answer is inaccurate or false, and he asks that the answer be stricken and that default judgment be entered in his favor.

Fed.R.Civ.P. 7(a) does not permit the filing of a reply to an answer, unless the court so orders, which has not happened here.  Defendants' answer and plaintiff's reply demonstrate that the parties disagree as to the facts and as to the legal effect of the facts.  Such disagreement is not unusual in litigation and does not offer grounds for striking the answer or entering default judgment.

Upon consideration and for good cause shown, Plaintiff's Motion for Default **(Doc. 42)** is **DENIED**.

**IT IS SO ORDERED.**

DATE:  January 10, 2007.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**