IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LEE HOLDEN PARKER**,                          )
                                                )
        Petitioner,                     )
                                                )
v.                                              )          Civil No. **05-143-WDS**
                                                )
**JOHN EVANS, and**                             )
**RONALD WILLIAMS**                             )
        Respondent.                    )

## <u>ORDER</u>

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, plaintiff's Request for Entry of Default

**(Doc. 59)** is **GRANTED**.  The Clerk of Court is ordered to enter default as to defendant Colleen

Rennison.

Plaintiff's Ex Parte Rule 55 Motion for Jury Trial Default Damages **(Doc. 63)** is

**DENIED as premature**.  Plaintiff may move for entry of default *judgment* after default has been

entered.

      **IT IS SO ORDERED.**

      **DATE:  October 17, 2007.**


                           **s/ Clifford J. Proud**
                           **CLIFFORD J. PROUD**
                           **UNITED STATES MAGISTRATE JUDGE**